JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE KYLE YOUNG,<br><br>            Plaintiff,<br><br>      v.<br><br>J. LOBO,<br><br>            Defendant. | CASE NO. 2:15-CV-09015-JLS (SK)<br><br>**JUDGMENT** |

Based upon the Order Dismissing Action, **IT IS ADJUDGED** that the First Amended Complaint and this action are hereby DISMISSED.

DATED:   February 15, 2017

_____
HON. JOSEPHINE L. STATON
U.S. DISTRICT JUDGE